

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00528-CV

Aveanna Healthcare AS, LLC
v.
Yaquelin Rangel, Individually and as next friend of A.I.C., A.H.C., and A.J.C., Minors,
and as personal representative of the Estate of Aaron Higinio Cortez, deceased,
Jessica Hernandez as next friend of C.V.C., A.I.C. and C.R.C., Minors and Santos Lidia
Cortez, Individually

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Court Cause No. C-0746-23-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 1, 2025